UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-1812 JVS (MLGx)    Date  December 4, 2012

Title   Salvatore Tomasello v. Wells Fargo Bank N.A., et al.

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

**Proceedings:**   (IN CHAMBERS)    Order to Show Cause re Jurisdiction


Plaintiff is ordered to show cause in writing within ten days why the case should not be dismissed for lack of jurisdiction. In addition, plaintiff shall state the citizenship of each party to the action.

Although plaintiff nominally invokes 28 U.S.C. §§ 1331,1343, 15 U.S.C. § 1692, 12 U.S.C. § 2605, and 42 U.S.C. § 1983 (Complaint, ¶ 12), no claim is asserted that would arise under any of these statutes.

With respect to diversity jurisdiction under 28 U.S.C. § 1332, the Court has previously determined and Well Fargo Bank N.A. ("Wells Fargo") has conceded in prior litigation that Wells Fargo is a citizen of California. E.g., Uriarte v. Wells Fargo Bank, N.A., No. 11-cv-2082-IEG (WVG), 2011 WL 5295285, at *1 n.2 (S.D. Cal. Nov. 3, 2011) ("Wells Fargo does not contest that its principal place of business is in San Francisco, California."); Mount v. Wells Fargo Bank, N.A., No. CV 08-6298 GAF (MANx), 2008 WL 5046286, at *1 (C.D. Cal. Nov. 24, 2008) (noting that Wells Fargo "has regularly described its principal place of business as San Francisco, California"); Mania Bakhtavar v. Wells Fargo Bank, N.A. et al., SACV 12-01330 JVS (JPRx), Docket No. 8, pp. 1-2. If Wells Fargo is a citizen of California, then this Court has no subject matter jurisdiction because there is not complete diversity between the parties.

With respect to the declaratory relief statutes, 28 U.S.C. § 2201, "a case of a actual controversy within [the Court's] jurisdiction" must first appear, and none does.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 12-1812 JVS (MLGx)                                Date   December 4, 2012

Title   Salvatore Tomasello v. Wells Fargo Bank N.A., et al.

       The Motion to Dismiss, presently scheduled to heard on December 17, 2012, will be held in abeyance pending the Court's disposition of this order to show cause.

|  |  |  | 0 | : | 00 |
|---|---|---|---|---|---|
|  | Initials of Preparer | | kjt | | |